# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-20609
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 14, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                              Plaintiff−Appellee,

versus

FERNANDO SANCHEZ SOTO, also known as Fernando Soto Flores,
also known as Servando Sanchez Rios, also known as Alex Vasquez,
also known as Freddy Soto,

                              Defendant−Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:19-CR-161-1

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Fernando Sanchez

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-20609

Soto has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Soto has filed a response in which he requests to proceed *pro se*. Soto's motion to proceed *pro se* is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

We have reviewed counsel's brief, relevant portions of the record, and Soto's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.